# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY C. FLYNT, LFP VIDEO GROUP, LLC, and LFP IP, LLC,**<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>**FLYNT MEDIA CORPORATION,** a Delaware Corporation; **JIMMY FLYNT, II; DUSTIN FLYNT;** and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:09-cv-00048-AHM-RZx<br><br>**[PROPOSED] ORDER RE THE CONTINUED DEPOSITION OF JIMMY FLYNT, SR.** |

Upon review of the Stipulation Re: the Continued Deposition of Jimmy Flynt, Sr., and good cause appearing,

IT IS HEREBY ORDERED that the Continued Deposition of Jimmy Flynt Sr., proceed in accordance with the Federal Rules of Civil Procedure and in conformance with the Order of Magistrate Judge Timothy S. Hogan dated October 1, 2009.

IT IS SO ORDERED.

Dated: _____

_____
U.S. DISTRICT COURT JUDGE

2