# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY C. FLYNT, LFP VIDEO GROUP, LLC, and LFP IP, LLC,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FLYNT MEDIA CORPORATION,** a Delaware Corporation; **JIMMY FLYNT, II; DUSTIN FLYNT;** and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:09-cv-00048-AHM (RZx)<br><br>**ORDER RE THE CONTINUED DEPOSITION OF JIMMY FLYNT, SR.** |

1

1

2

3        Upon review of the Stipulation Re: the Continued Deposition of Jimmy Flynt, Sr., and good cause appearing,

4        IT IS HEREBY ORDERED that the Continued Deposition of Jimmy Flynt

5    Sr., proceed in accordance with the Federal Rules of Civil Procedure and in

6

7    conformance with the Order of Magistrate Judge Timothy S. Hogan dated October

8    1, 2009.

9

10

11        IT IS SO ORDERED.

12

13    Dated:  October 19, 2009

14    _____

15    U.S. DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2