# EXHIBIT "A"

1  Daniel C. DeCarlo, SB# 160307
       E-mail: decarlo@lbbslaw.com
2  Mina I. Hamilton, SB# 213917
       E-Mail: hamilton@lbbslaw.com
3  Daniel R. Lewis, SB # 260106
       E-Mail: drlewis@lbbslaw.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   221 North Figueroa Street, Suite 1200
5  Los Angeles, California 90012
   Telephone: (213) 250-1800
6  Facsimile: (213) 250-7900

7  James D. Boyle, Esq. (Nevada Bar No. 08384)
   Kimberly J. Cooper, Esq. (Nevada Bar No. 09533)
8  SANTORO, DRIGGS, WALCH, KEARNEY,
     HOLLEY & THOMPSON
9  400 South Fourth Street, Suite 300
   Las Vegas, Nevada 89101
10 Telephone: 702.791.0308
   Fax No.: 702.791.1912
11 E-Mail:  jboyle@nevadafirm.com
            kcooper@nevadafirm.com
12
   Admitted Pro Hac Vice
13
   Attorneys for Defendants
14 Flynt Media Corporation; Jimmy Flynt, II; Dustin Flynt

15
                  UNITED STATES DISTRICT COURT
16
                 CENTRAL DISTRICT OF CALIFORNIA
17

18 | LARRY C. FLYNT; LFP VIDEO GROUP, LLC; and LFP IP, LLC, | Case No. CV09-00048 AHM (RZx) |
19 |   Plaintiffs, | **DEFENDANTS' AMENDED WITNESS LIST** |
20 | v. | |
21 | FLYNT MEDIA CORPORATION, a Delaware Corporation; JIMMY FLYNT, II; DUSTIN FLYNT; and DOES 1 through 10, inclusive, | Pre-trial Conference: Nov. 23, 2009 Trial: Dec. 8, 2009 |
22 | | |
23 | | |
24 |   Defendants. | |

25
26      Defendants Flynt Media Corporation, Jimmy Flynt II, and Dustin Flynt

27 hereby amend their previously submitted trial witness list in the above-captioned

28 matter with the addition of Jimmy Flynt, Sr.

4832-2480-5125.1

| | Witness Name | Contact Information |
|---|---|---|
| 1. | Larry C. Flynt | Mr. Larry C. Flynt<br>c/o Richard W. Labowe. Esq.<br>1631 West Beverly Boulevard. Second Floor<br>Los Angeles. California 90026-5746<br>213-250-9800 |
| 2. | Michael Klein | 8484 Wilshire Blvd.<br>Beverly Hills. CA 90211<br>Telephone: 323-651-5400 |
| 3. | Jeff Thill | 8484 Wilshire Blvd.<br>Beverly Hills. CA 90211<br>Telephone: 323-651-5400 |
| 4. | Theresa Flynt | 8484 Wilshire Blvd.<br>Beverly Hills. CA 90211<br>Telephone: 323-651-5400 |
| 5. | Brad Eels | 8484 Wilshire Blvd.<br>Beverly Hills. CA 90211<br>Telephone: 323-651-5400 |
| 6. | Dustin Flynt | c/o James D. Boyle. Esq.<br>Santoro. Driggs. Walch. Kearney. Holley &<br>Thompson<br>400 South Fourth Street. Third Floor<br>Las Vegas. Nevada 89101<br>702-791-0308 |
| 7. | Jimmy Flynt, II | c/o James D. Boyle. Esq.<br>Santoro. Driggs. Walch. Kearney. Holley &<br>Thompson<br>400 South Fourth Street. Third Floor<br>Las Vegas. Nevada 89101<br>702-791-0308 |
| 8. | Mark Mauceri | c/o Daniel C. DeCarlo, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>221 North Figueroa Street, Suite 1200<br>Los Angeles, Ca 90012 |
| 9. | Jimmy Flynt, Sr. | c/o H. Louis Sirkin, Esq.<br>Sirkin, Pinales & Schwartz<br>920 Fourth & Race Tower<br>105 West Fourth Street<br>Cincinnati, Ohio 45202<br>513-721-1311 |

4832-2480-5125.1

1  DATED:  November 18, 2009

2                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4                                    By: /S/ MINA I. HAMILTON
                                         Attorneys for Defendants
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4832-2480-5125.1

# *EXHIBIT "B"*

## Mina Hamilton - RE: Flynt v. Flynt- Depo of Jimmy Flynt Sr.

**From:**      Dan DeCarlo
**To:**        Jonathan W. Brown;  lou sirkin;  mark hoffman;  richard labowe
**Date:**      10/9/2009 11:58 AM
**Subject:**   RE: Flynt v. Flynt- Depo of Jimmy Flynt Sr.
**CC:**        Daniel Lewis;  Mina Hamilton

Jonathan:

Please identify the documents by Trial Exhibit number rather than bate number, that would be easier to follow.

What makes you think we were not going to ask him questions at the deposition in April?  I am unaware of any rule that says the non-noticing party can't ask questions at a deposition.  Since his deposition is going forward, yes, we do intend to ask him questions.  Also, since his deposition is going forward, we intend to add him to our witness list for trial. Certainly there will be no prejudice to you as you are the ones insisting that his deposition be taken.  Do you object to our asking questions at the deposition and adding him to our witness list?

Are you going to prepare a stipulation for Judge Matz or are you planning on going forward without getting Judge Matz' permission?

Regards.

Daniel C. DeCarlo
Lewis Brisbois Bisgaard & Smith
221 N. Figueroa St. Suite 1200
Los Angeles, Ca. 90012
213-680-5066
310-213-1732 (cell)
213-250-7900 (facsimile)
decarlo@lbbslaw.com (email)

>>>
   **From:**    "Jonathan W. Brown" <jbrown@lglaw.com>
   **To:**      "Dan DeCarlo" <DECARLO@lbbslaw.com>, "richard labowe" <Llhlaw1631@aol.com>, "mark hoffman"
               <MshLLH@aol.com>, "lou sirkin" <lsirkin@sirkinpinales.com>
   **CC:**      "Daniel Lewis" <drlewis@lbbslaw.com>, "Mina Hamilton" <HAMILTON@lbbslaw.com>
   **Date:**    10/9/2009 11:46 AM
   **Subject:** RE: Flynt v. Flynt- Depo of Jimmy Flynt Sr.
   Dan:

   We are pleased to hear that you worked out the scheduling issues on your end.  We intend to show Mr. Flynt only a limited set of documents, and will provide your with the applicable bates numbers in advance.  I'm puzzled by your statement that you intend to show documents to Mr. Flynt.  It isn't your deposition and you didn't join in the motion.  Moreover, you had the opportunity to take his deposition and then you decided against it.  I'll get back to you about whether we plan to videotape or not.

   Jonathan W. Brown, Esq.
   LIPSITZ GREEN SCIME CAMBRIA LLP
   42 Delaware Avenue, Suite 120
   Buffalo, New York  14202-3924

                                                                    EXHIBIT B, PAGE 1

Phone: 716.849.1333 ext. 371
Fax: 716.849.1315

U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this communication was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal tax penalties.

NOTICE: This message contains privileged and confidential information intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is prohibited. If you have received this message in error, please call (716) 849-1333 ext. 371, and destroy the original message. Thank you.

---

**From:** Dan DeCarlo [mailto:DECARLO@lbbslaw.com]
**Sent:** Friday, October 09, 2009 2:34 PM
**To:** richard labowe; mark hoffman; Jonathan W. Brown; lou sirkin
**Cc:** Daniel Lewis; Mina Hamilton
**Subject:** Flynt v. Flynt- Depo of Jimmy Flynt Sr.


Gentlemen:

I understand from Lou that there are no other dates in October that meet with everyone's schedule. Therefore, we will participate on October 21. Because of scheduling issues, we are planning on attending by phone. In order to do so, we need to be provided with the documents that will be shown to Mr. Flynt well in advance of the deposition. We will provide you with copies of any documents we intend on showing Mr. Flynt as well in advance of the deposition.

Please advise if Mr. Flynt's deposition will be video taped.

I am still waiting for the stipulation and proposed order for Judge Matz.

Regards.


Daniel C. DeCarlo
Lewis Brisbois Bisgaard & Smith
221 N. Figueroa St. Suite 1200
Los Angeles, Ca. 90012
213-680-5066
310-213-1732 (cell)
213-250-7900 (facsimile)
decarlo@lbbslaw.com (email)

EXHIBIT B, PAGE 2