1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LARRY C. FLYNT; LFP VIDEO
GROUP, LLC; and LFP IP, LLC,

　　　　Plaintiffs,

　　v.

FLYNT MEDIA CORPORATION, a
Delaware Corporation; JIMMY FLYNT,
II; DUSTIN FLYNT; and DOES 1
through 10, inclusive,

　　　　Defendants.

) CASE NO. CV09-00048 AHM (RZx)
) The Hon. A. Howard Matz
)
)
)
)
) **[PROPOSED] ORDER GRANTING**
) **MOTION FOR LEAVE TO AMEND**
) **DEFENDANTS' TRIAL WITNESS**
) **LIST AND JOINT EXHIBIT LIST**
)
) **Date:**
)
) **Time:**
) **Place:**
)
)

　　　　The Defendants' Motion For Leave to Amend Defendants' Trial Witness List
and Joint Exhibit List List has been considered by the Court and, good cause
appearing thereon,

IT IS ORDERED THAT:

　　　　1.　　　The Motion is granted.

　　　　2.　　　Defendants may amend their trial Witness List to add Mr. Jimmy Flynt,
Sr. prior to the Final Pretrial Conference Order being entered.

　　　　3.　　　Defendants may add exhibit 414 marked in the deposition of Mr. Jimmy
Flynt, Sr. to the Joint Exhibit List. Counsel are ordered to cooperate in the filing of an

1  amended joint exhibit list to reflect such addition.

2

3  **IT IS SO ORDERED.**

4

5  DATED:_____

6                                              THE HONORABLE A. HOWARD MATZ

7

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800