

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LARRY C. FLYNT; LFP VIDEO
GROUP, LLC; and LFP IP, LLC,

        Plaintiffs,

      v.

FLYNT MEDIA CORPORATION, a
Delaware Corporation; JIMMY FLYNT,
II; DUSTIN FLYNT; and DOES 1
through 10, inclusive,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV09-00048 AHM (RZx)

ORDER GRANTING EX PARTE
APPLICATION TO SHORTEN TIME
TO HEAR MOTION FOR LEAVE TO
AMEND TRIAL WITNESS LIST AND
JOINT EXHIBIT LIST

     The Ex Parte Application of Defendants to Shorten Time to Hear Motion for Leave to Amend Defendants' Trial Witness List and Joint Exhibit List has been considered by the Court and, good cause appearing thereon,

IT IS ORDERED THAT:

     1.    The Ex Parte Application is granted.

     2.    The Motion shall be heard at the final pretrial conference on  November 23, 2009 at 11:00 a.m, in Courtroom 14 of the above-entitled Court located at 312 N. Spring Street, Los Angeles, California 90012.

/ / /

1      3.    Notice of the hearing date and the time to respond fixed by this order

2 shall be effectuated by electronic service of a copy of this order to all interested

3 parties.

4 **IT IS SO ORDERED.**

5 DATED: November 24, 2009

6

7 

8                                       _____

9                 THE HONORABLE A. HOWARD MATZ

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Lewis Brisbois Bisgaard & Smith** LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800