O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-00048-AHM (RZx) | Date | November 23, 2009 |
|---|---|---|---|
| Title | LARRY C. FLYNT v. FLYNT MEDIA CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:

Richard W. Labowe
Mark S. Hoffman

Attorneys Present for Defendants:

Mina J. Hamilton
Daniel C. DeCarlo

**Proceedings:**   (1) Hearing on Motions *in Limine*; and
(2) Final Pretrial Conference (non-evidentiary)

For reasons and findings stated on the record, the Court GRANTS IN PART and DENIES IN PART Plaintiff's Motion *in Limine* Number 1 to Exclude Testimony of Mark Mauceri [55]; GRANTS Defendants' Motion *in Limine* Number 1 to Preclude Reference to Insurance at Trial [56]; DENIES Defendants' Motion *in Limine* Number 2 to Preclude the Testimony and Reports of Bruce Isaacson [57]; GRANTS Defendants' Motion *in Limine* Number 3 to Preclude testimony of Paul Fishbein [58]; GRANTS Defendants' Motion *in Limine* Number 4 to Preclude Reference to Orders Granting a TRO [59]; GRANTS Defendants' Motion *in Limine* Number 5 to Preclude Reference to Past Criminal History [60]; and GRANTS Defendants' Motion *in Limine* Number 6 to Preclude Reference to the Pending Application of LFP IP, LLC [61].

Final pretrial conference held. Court and counsel confer over trial procedures and schedule. The parties are ordered to submit a revised pretrial conference order conforming to the Court oral rulings and modifications. The parties are to meet and confer and then stipulate to the number of products and/or items to be shown to the jurors at trial. The Court limits each side to 10 hours of direct testimony. The five-day jury trial will begin as scheduled on December 8, 2009 at 8:00 a.m.

The Court also grants the MOTION to Amend Defendants' Trial Witness List and Joint Exhibit List filed by defendant Flynt Media Corporation, Jimmy Flynt, II, Dustin Flynt.[1]

---

[1] Docket Entry No. 93.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-00048-AHM (RZx) | Date | November 23, 2009 |
|---|---|---|---|
| Title | LARRY C. FLYNT v. FLYNT MEDIA CORPORATION, et al. | | |

Mr. DeCarlo is ordered to submit a proposed order on the Court's rulings.

|  | : | 33 |
|---|---|---|
| Initials of Preparer | | SMO |