Daniel C. DeCarlo, SB# 160307
decarlo@lbbslaw.com
Mina I. Hamilton, SB# 213917
hamilton@lbbslaw.com
Daniel R. Lewis, SB # 260106
drlewis@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

James D. Boyle (Nevada Bar No. 08384)
   E-Mail: jboyle@nevadafirm.com
Kimberly J. Cooper (Nevada Bar No. 09533)
   E-Mail: kcooper@nevadafirm.com
SANTORO, DRIGGS, WALCH, KEARNEY,
   HOLLEY & THOMPSON
400 South fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702-791-0308
Facsimile: 702-791-1912

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY C. FLYNT; LFP VIDEO GROUP, LLC; and LFP IP, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>FLYNT MEDIA CORPORATION, a Delaware Corporation; JIMMY FLYNT, II; DUSTIN FLYNT; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. CV09-00048 AHM (RZx)<br><br>The Hon. A. Howard Matz<br><br>**NOTICE OF LODGING**<br>[PROPOSED] ORDER RE MOTIONS IN LIMINE AND OTHER MATTERS HEARD AT THE FINAL PRETRIAL CONFERENCE |

4816-9119-9493.1

NOTICE OF LODGING

After having obtained approval from Plaintiffs' counsel, Defendants FLYNT MEDIA CORPORATION, JIMMY FLYNT, II and DUSTIN FLYNT, hereby submit the Proposed Order re Motions in Limine and other Matters Heard at the Final Pre-Trial Conference.

This submission is made pursuant to this Court's Order.

DATED: December 1, 2009    LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/

By  _____
DANIEL C. DECARLO
MINA I. HAMILTON
DANIEL R. LEWIS
Attorneys for Defendants