PAUL J. CAMBRIA, JR., ESQ. (State Bar No. 177957)
JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333
Facsimile No.: (716) 849-1315
pcambria@lglaw.com;  jbrown@lglaw.com

MARK S. HOFFMAN, ESQ. (State Bar No. 108400)
RICHARD W. LABOWE, Esq. (State Bar No. 105905)
LABOWE, LABOWE & HOFFMAN, LLP
1631 West Beverly Boulevard, Second Floor
Los Angeles, California 90026-5746
(213) 250-9800
Facsimile No: (213) 975-1145
mshllh@aol.com;  llhlaw1631@aol.com

Attorneys for Plaintiffs Larry C. Flynt, LFP Video Group, LLC, and LFP IP, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LARRY C. FLYNT, LFP VIDEO GROUP, LLC, and LFP IP, LLC,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FLYNT MEDIA CORPORATION,** a Delaware Corporation; **JIMMY FLYNT, II; DUSTIN FLYNT;** and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:09-cv-00048-AHM-RZx<br><br>**NOTICE OF LODGING AMENDED PRE-TRIAL CONFERENCE ORDER** |

1

Attached to this Notice please find the Proposed and Amended Pre-Trial Conference Order.

DATED: December 8, 2009    LABOWE, LABOWE & HOFFMAN, LLP

LIPSITZ GREEN SCIME CAMBRIA LLP

By: /s/ Jonathan W. Brown
Jonathan W. Brown
Attorneys for Plaintiffs