PAUL J. CAMBRIA, JR., ESQ. (State Bar No. 177957)
JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333
Facsimile No.: (716) 849-1315
pcambria@lglaw.com
jbrown@lglaw.com

MARK S. HOFFMAN, ESQ. (State Bar No. 108400)
RICHARD W. LABOWE, Esq. (State Bar No. 105905)
LABOWE, LABOWE & HOFFMAN, LLP
1631 West Beverly Boulevard, Second Floor
Los Angeles, California 90026-5746
(213) 250-9800
Facsimile No: (213) 975-1145
mshllh@aol.com
llhlaw1631@aol.com

Attorneys for Plaintiffs Larry C. Flynt, LFP Video Group, LLC,
and LFP IP, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY C. FLYNT,** **LFP VIDEO GROUP, LLC,** **and LFP IP, LLC,** )<br><br>Plaintiffs, )<br><br>vs. )<br><br>**FLYNT MEDIA CORPORATION,** a Delaware Corporation; **JIMMY FLYNT, II; DUSTIN FLYNT;** and DOES 1 through 10 inclusive, )<br><br>Defendants. ) | Case No.: 2:09-cv-00048-AHM-RZx<br><br>The Hon. A. Howard Matz<br><br>**JOINT EXHIBIT LIST [AMENDED]** |

1

The parties submit this final draft of the Joint Exhibit List.  The parties are working on pretrial documents and the filing of potential objections to the exhibits to be included in the Final Pre-trial Conference Order by the required date of July 7, 2009.  The parties reserve their rights to supplement the exhibits or to make corrections to the list if it becomes necessary, and object to the other sides' exhibits listed herein prior to the filing of the Final Pre-trial Conference Order.

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | DVD cover - FLYNT "Xtreme Jugs" No. 1 (Transcript of Dustin Flynt – Exhibit 1) | | |
| 2 | DVD Box cover - FLYNT "Extreme Jugs" No. 1 (Transcript of Dustin Flynt – Exhibit 2) | | |
| 3 | Flyntdistribution.com website printout (Transcript of Dustin Flynt – Exhibit 3) | | |
| 4 | Flyntcorp.com website printout dated 1/5/2009 (Transcript of Dustin Flynt – Exhibit 4) | | |
| 5 | Flyer:  In Like Flynt – Next Chapter Begins Friday January 9 (Transcript of Dustin Flynt – Exhibit 5) | | |
| 6 | Flyer:  In Like Flynt - You Know The Name You Know The Game - Next Chapter Begins Friday January 9 (Transcript of Dustin Flynt – Exhibit 6) | | |

| 7 | Flyer:  FLYNT – IN LIKE FLYNT Friday January 9, 2009 (Transcript of Dustin Flynt – Exhibit 7) | | |
| 8 | DVD cover - Larry Flynt's Private Collection, Volume #7 Barely Legal Corrupted (Transcript of Dustin Flynt – Exhibit 8) | | |
| 9 | Notice of Continuation of Deposition of Plaintiff Larry C. Flynt (Transcript of Larry C. Flynt, Vol. I – Exhibit 9) | | |
| 10 | Second Amended Complaint (Transcript of Larry C. Flynt, Vol. I – Exhibit 10) | | |
| 11 | Defendants' Request for Production of Documents to Defendant Larry C. Flynt (Set One) (Transcript of Larry C. Flynt, Vol. I – Exhibit 11) | | |
| 12 | Various video and internet documents (Transcript of Larry C. Flynt, Vol. I – Exhibit 12) | | |
| 13 | Net Sales Data 1/1/1998 to 2/10/2009 (Transcript of Larry Flynt Vol. I – Exhibit 13) | | |
| 14 | Net Sales Data 1/1/1998 to 2/10/2009 (Transcript of Larry Flynt Vol. I – Exhibit 14) | | |
| 15 | Reply Declarations of Plaintiff Larry C. Flynt, | | |

| | | | |
|---|---|---|---|
| | Michael H. Klein and Brad Eells in support of Plaintiffs' Motion for a Preliminary Injunction (Transcript of Larry Flynt Vol. I – Exhibit 15) | | |
| 16 | Trademark/Service Mark Application, Principal Register (Filing Date: 01/09/2009) (LFLYNT00087-LFLYNT00098) (Transcript of Larry Flynt Vol. I – Exhibit 16) | | |
| 17 | DVD Box Cover Larry Flynt Presents staring Alexis Texas (Transcript of Larry Flynt Vol. II – Exhibit 17) | | |
| 18 | Larry Flynt's Grand Slam of Poker Tournament III pamphlet (LFLYNT00865) (Transcript of Larry Flynt Vol. II – Exhibit 18) | | |
| 19 | Larry Flynt's Hustler Clubs – List of clubs (LFLYNT00248) (Transcript of Larry Flynt Vol. II – Exhibit 19) | | |
| 20 | | | |
| 21 | Email dated February 28, 2009 from Paul Cambria to Louis Sirkin; Email dated March 9, 2009 from Larry to Jimmy Flynt; Email dated February 19, 2009 from Paul Cambria to Louis Sirkin. (Transcript of Larry Flynt Vol. II – Exhibit | | |

| | | | |
|---|---|---|---|
| | 21) | | |
| 22 | Petition to Change Name | | |
| 23 | Certificate of Live Birth for Dustin Matthew Flynt (FMC01072) (Transcript of Larry Flynt Vol. III – Exhibit 23) | | |
| 24 | Email dated April 3, 2009 from Larry Flynt to Jimmy Flynt Sr. (Transcript of Larry Flynt Vol. III – Exhibit 24) | | |
| 25 | Email dated February 26, 2009 from Jimmy R. Flynt, II to Theresa (Transcript of Larry Flynt Vol. III – Exhibit 25) | | |
| 26 | Email dated March 6, 2009 from Jimmy R. Flynt, II to Theresa (Transcript of Larry Flynt Vol. III – Exhibit 26) | | |
| 27 | License Agreements: -License Agreement entered into as of March 25, 2008 by and between LFP IP, LLC and Tight Candy Pty Ltd. -License Agreement by and between LFP Publishing Group, LLC and HDV-Dallas, LLC -License Agreement by and between LFP Publishing Group, LLC and HDV-72nd Ave. – Miami LLC -License Agreement by and between LFP Publishing Group, LLC and HDV-Minneapolis, LLC -License Agreement entered as of 10/14/08 by and between LFP IP, LLC and HDV-Lincoln Park, LLC | | |

| | | | |
|---|---|---|---|
| | -License Agreement as of July 1, 2002 by and between L.F.P., Inc. and H.D.V.- Baltimore II, LLC<br>-License Agreement as of February 1, 2002 by and between L.F.P., Inc. and CBDM Redlands, LLC<br>-License Agreement between L.F.P., Inc. and HDV-Cleveland, LLC<br>-License Agreement as of February 1, 2002 by and between L.F.P., Inc. and Déjà vu Showgirls-Washington Park, LLC (LFLYNT00904-LFLYNT001013)<br><br>(Transcript of Larry Flynt Vol. III – Exhibit 27) | | |
| 28 | License Agreement entered into as of March 15, 2007 between LFP Casino IP, LLC, LFP, Inc., and El Dorado Enterprises, Inc. d/b/a Hustler Casino (LFLYNT01074-LFLYNT01085)<br>(Transcript of Larry Flynt Vol. III – Exhibit 28) | | |
| 29 | Renotice of Deposition of Theresa Flynt<br>(Transcript of Theresa Flynt – Exhibit 29) | | |
| 30 | Notice of Continuation of Deposition of Plaintiff LFP Video Group, LLC [FRCP 30(b)(6)]<br>(Transcript of Theresa Flynt – Exhibit 30) | | |

| | | | |
|---|---|---|---|
| 31 | Three photographs – grave stones (Transcript of Theresa Flynt – Exhibit 31) | | |
| 32 | Survey documents; Memo from Lindsay Little to Donna Hahner dated April 11, 2008 regarding Statistics for Hustler Giveaways; Memo to Hustler File regarding Reader Survey 2008; Customer Survey October 2008 (LFLYNT00884-LFLYNT00903) (Transcript of Theresa Flynt – Exhibit 32) | | |
| 33 | Publication Articles; Video Library (LFLYNT00192-LFLYNT00228) (Transcript of Theresa Flynt – Exhibit 33) | | |
| 34 | Screen captures:  Comcast and Verizon menus (LFLYNT01161-LFLYNT01163) (Transcript of Michael Klein – Exhibit 34) | | |
| 35 | Documents entitled Department of State: Division of Corporations (Transcript of Michael Klein – Exhibit 35) | | |
| 36 | DVD cover - Latina Cum Queens (Transcript of Michael Klein – Exhibit 36) | | |
| 37 | DVD cover - Latina Cum Queens 2 | | |

| | | | |
|---|---|---|---|
| | (Transcript of Michael Klein – Exhibit 37) | | |
| 38 | DVD cover – Mason's Sluts<br><br>(Transcript of Michael Klein – Exhibit 38) | | |
| 39 | DVD cover – Asian Fever, Volume 3<br><br>(Transcript of Michael Klein – Exhibit 39) | | |
| 40 | DVD cover – Larry Flynt's Private Collection, Volume #5 Hot Showers (Transcript of Michael Klein – Exhibit 40) | | |
| 41 | Documents from The Official Hustler Online Store<br><br>(Transcript of Michael Klein – Exhibit 41) | | |
| 42 | DVD cover – Larry Flynt's Barely Legal All Stars, Volume 2<br><br>(Transcript of Michael Klein – Exhibit 42) | | |
| 43 | DVD cover – Larry Flynt's Barely Legal All Stars, Volume 3<br><br>(Transcript of Michael Klein – Exhibit 43) | | |
| 44 | DVD cover – Larry Flynt's Barely Legal All Stars, Volume 4<br><br>(Transcript of Michael Klein – Exhibit 44) | | |
| 45 | DVD cover – Larry Flynt's Barely Legal All Stars, Volume 5<br><br>(Transcript of Michael Klein – Exhibit 45) | | |
| 46 | DVD cover – Jail Babes, Volume 10<br><br>(Transcript of Michael Klein – Exhibit 46) | | |
| 47 | Initial Disclosure of Plaintiffs | | |

| | | | |
|---|---|---|---|
| | (Transcript of Michael Klein – Exhibit 47) | | |
| 48 | Notice of Continuation of Deposition of Plaintiff LFP IP, LLC [FRCP 30(b)(6)] (Transcript of Michael Klein – Exhibit 48) | | |
| 49 | AVN article entitled Dustin Flynt, Jimmy Flynt II Form Flynt Media Corp. (LFLYNT00086) (Transcript of Michael Klein - Exhibit 49) | | |
| 50 | Amended Deposition Notice for Defendant Flynt Media Corp. (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 50) | | |
| 51 | Box Cover – Flynt - "Extreme Jugs, Vol. 1" (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 51) | | |
| 52 | DVD label – Flynt - "Extreme Jugs, Vol. 1" (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 52) | | |
| 53 | Print out of "Flyntdistribution.com" webpage (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 53) | | |
| 54 | Print out of "Flyntcorp.com" webpage (LFLYNT00101-LFLYNT00102) (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 54) | | |
| 55 | "In-Like-Flynt", Friday, February – January 9, | | |

| | | | |
|---|---|---|---|
| | 2009; screen capture of flash video (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 55) | | |
| 56 | Color copy of the "In Like Flynt" flyer (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 56) | | |
| 57 | AVN online article published 2008-12-19 (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 57) | | |
| 58 | Email from brix@flyntcorp.com  to Dan Miller and David Sullivan attaching the Flynt Media Corp. Press Release (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 58) | | |
| 59 | Online shopping cart from FLYNT website (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 59) | | |
| 60 | Receipt from PayPal of a purchase of one DVD dated Monday, December 22nd (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 60) | | |
| 61 | Global Market Screening Search:  Mark FLYNT dated April 30, 2008 (FMC0193-FMC0199) (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 61) | | |

| | | | |
|---|---|---|---|
| 62 | T-Shirt: F in a circle on the front, back of shirt decorated with the words "Flynt Clothing Company" (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 62) | | |
| 63 | Letter to Jimmy Flynt, II dated 9/29/08 from Harvard Business Services; Certificate of Incorporated Flynt Media Corporation (FMC1032-FMC1037) (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 63) | | |
| 64 | Lexington Insurance paperwork dated 12/18/08 (Transcript of Jimmy Flynt, II, Vol. I – Exhibit 64) | | |
| 65 | Production Services Agreement – Agreement entered into between Flynt Media Corp. and DDF Productions dated 8/8/08 (FMC1137-FMC1149) (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 65) | | |
| 66 | Electronic License Agreement between Flynt Media Corp. and DDF Productions, Ltd., dated August 8, 2008 (FMC1151-FMC1188) (Transcript of Jimmy Flynt, II, Vol. II – | | |

| | | | |
|---|---|---|---|
| | Exhibit 66) | | |
| 67 | Celebrity Appearance Agreement (FMC1189-FMC1191) (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 67) | | |
| 68 | Interrogatory Responses of Flynt Media Corp. (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 68) | | |
| 69 | Box cover: Larry Flynt's Private Collection, Vol. #2 – Young Sluts, Inc. (FMC1047-FMC1048) (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 69) | | |
| 70 | Box cover: Larry Flynt's Private Collection, Vol. #1 – Asian Fever (FMC1045-FMC1046) (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 70) | | |
| 71 | Box cover – Larry Flynt Proudly Presents Immorality (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 71) | | |
| 72 | Box cover –  Powered by Larry Flynt (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 72) | | |
| 73 | Internet advertisement "Personally Selected | | |

| | | | |
|---|---|---|---|
| | by Larry Flynt"<br><br>(Transcript of Jimmy Flynt, II, Vol. II – Exhibit 73) | | |
| 74 | Box cover - Larry Flynt Presents<br><br>(Transcript of Jimmy Flynt, II, Vol. II – Exhibit 74) | | |
| 75 | DVD box sleeve – Positive Exposure<br><br>(FMC1022)<br><br>(Transcript of Jimmy Flynt, II, Vol. II – Exhibit 75) | | |
| 76 | Box cover – Flynt – "Xtreme Jugs No. 2"<br><br>(FMC1021)<br><br>(Transcript of Jimmy Flynt, II, Vol. II – Exhibit 76) | | |
| 77 | Box cover – Flynt – "The Anal Files"<br><br>(FMC1020)<br><br>(Transcript of Jimmy Flynt, II, Vol. II – Exhibit 77) | | |
| 78 | Box cover – Flynt – "Sex the Elegant Way"<br><br>(FMC1019)<br><br>(Transcript of Jimmy Flynt, II, Vol. II – Exhibit 78) | | |
| 79 | Box cover – Flynt – "Beauty Beastly Desires"<br><br>(FMC1018)<br><br>(Transcript of Jimmy Flynt, II, Vol. II – Exhibit 79) | | |

| 80 | Box cover – Flynt – "Lucky Too Thin Too Smooth Too Beautiful for Anal!" (FMC1017) (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 80) | | |
|---|---|---|---|
| 81 | Box cover – Flynt – "Sex At Your Service!" (FMC1023) (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 81) | | |
| 82 | Box cover – Flynt – "Giving It All Away In the Name of Love!" (FMC1024) (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 82) | | |
| 83 | Box cover – Flynt – "An Irresistible Urge to Share a Dick!" (FMC1026) (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 83) | | |
| 84 | Box cover – Flynt – "Waiting for Mr. Dick" (FMC1025) (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 84) | | |
| 85 | [Series of Emails] (FMC1193-FMC1198) (Transcript of Jimmy Flynt, II, Vol. II – | | |

| | | | |
|---|---|---|---|
| | Exhibit 85) | | |
| 86 | [Documents - HR file of Jimmy Flynt, II] (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 86) | | |
| 87 | [Letter RE computer equipment] (Transcript of Jimmy Flynt, II, Vol. II – Exhibit 87) | | |
| 86 (a) | DVD Cover – Asian Fever Collectors Edition, Vol. 1 (Transcript of Jeff Thill – Exhibit 86) | | |
| 87 (b) | DVD Cover – Anal Incorporated (Transcript of Jeff Thill – Exhibit 87) | | |
| 88 | [Excerpts] (Transcript of Jeff Thill – Exhibit 88) | | |
| 89 | Revenue Reports (LFLYNT01018-LFLYNT01073) (Transcript of Jeff Thill – Exhibit 89) | | |
| 90 | Net Sales Data (Transcript of Jeff Thill – Exhibit 90) | | |
| 91 | Subpoena and Notice of Deposition of Dan Miller (Transcript of Dan Miller – Exhibit 91) | | |
| 92 | AVN Magazine Excerpts (Transcript of Dan Miller – Exhibit 92) | | |
| 93 | Website Printouts (LFLYNT01203-LFLYNT01220) | | |

| | | | |
|---|---|---|---|
| | (Transcript of Dan Miller – Exhibit 93) | | |
| 94 | Letter dated December 22, 2008 from Michael Klein to Paul Fishbein (LFLYNT01160) (Transcript of Dan Miller – Exhibit 94) | | |
| 95 | Re-Notice of Deposition of Brad Eells (Transcript of Brad Eells – Exhibit 95) | | |
| 96 | Notice of Deposition of Mr.Mauceri | | |
| 97 | Notice of Expert Report | | |
| 98 | Handwritten Note | | |
| 99 | Letter dated May 27, 2009, plus documents produced by Mr. Mauceri | | |
| 100 | Three AVN magazines | | |
| 101 | Documents produced by Mr. Mauceri | | |
| 102 | Websites - Home pages produced by Mr. Mauceri | | |
| 103 | Notice of Deposition (Dr. Isaacson) | | |
| 104 | Dr. Isaacson's Report | | |
| 105 | Rappeport Article | | |
| 106 | IPL Newsletter Article | | |
| 107 | Trademark Reporter excerpt vol. 98 | | |
| 108 | Trademark Reporter excerpt vol. 84 | | |
| 109 | DVD Box Cover-Flynt-Lucky | | |
| 110 | DVD Box Cover-Flynt Positive Exposure | | |

| 111 | Printout for HustlerHollywood.com | | |
| 112 | AdultDVDEmpire.com printout | | |
| 113 | HustlerHollywood.com printout | | |
| 114 | DVD cover "Barely Legal" Vol. 9 | | |
| 115 | DVD cover "Centerfolds" | | |
| | | | |
| 150 | DVD:  Larry Flynt Presents Barely Legal All Stars, Vol. 2 (FLYNT00062) | | |
| 151 | DVD:  Larry Flynt Presents Barely Legal All Stars, Vol. 3 (FLYNT00056) | | |
| 152 | DVD:  Larry Flynt Presents Barely Legal All Stars, Vol. 4 (FLYNT00058) | | |
| 153 | DVD:  Larry Flynt Presents Barely Legal All Stars, Vol. 5 (FLYNT00060) | | |
| 154 | DVD:  Larry Flynt's Private Collection, Barely Legal All Stars #6 (LFLYNT00002) | | |
| 155 | DVD:  Larry Flynt's Private Collection, Barely Legal All Stars #7 (LFLYNT00020) | | |
| 156 | DVD:  Larry Flynt's Private Collection, Barely Legal All Stars #9 (LFLYNT00030) | | |
| 157 | DVD:  Larry Flynt's Private Collection, Vol. #1 Asian Fever (LFLYNT00024) | | |
| 158 | DVD:  Larry Flynt's Private Collection, Vol. #2 Young Sluts, Inc. (LFLYNT00026) | | |
| 159 | DVD:  Larry Flynt's Private Collection, Vol. | | |

| | | | |
|---|---|---|---|
| | #3 Ghetto Booty (LFLYNT00032) | | |
| 160 | DVD: Larry Flynt's Private Collection, Vol. #4 Hillary Scott (LFLYNT00034) | | |
| 161 | DVD: Larry Flynt's Private Collection, Vol. #5 Hot Showers (LFLYNT00036) | | |
| 162 | DVD: Larry Flynt's Private Collection, Vol. #6 Taboo (LFYNT00038) | | |
| 163 | DVD: Larry Flynt's Private Collection, Vol. #7 Barely Legal Corrupted (LFLYNT00040) | | |
| 164 | DVD: Larry Flynt's Private Collection, Vol. #8 Campus Confessions (LFLYNT00028) | | |
| 165 | DVD: Larry Flynt's Private Collection, Centerfolds (LFLYNT00042) | | |
| 166 | DVD: Hustler's Asian Fever, Vol. 1 (LFLYNT00044) | | |
| 167 | DVD: Hustler's Asian Fever, Vol. 2 (LFLYNT00046) | | |
| 168 | DVD: Hustler's Asian Fever, Vol. 3 (LFLYNT00048) | | |
| 169 | DVD: Hustler's Asian Fever, Vol. 4 (LFLYNT00050) | | |
| 170 | DVD: Hustler's Asian Fever, Vol. 5 (LFLYNT00052) | | |
| 171 | DVD: Hustler's Asian Fever, Vol. 6 (LFLYNT00054) | | |
| 172 | DVD: Hustler's Asian Fever, Vol. 7 | | |

| | | | |
|---|---|---|---|
| | (LFLYNT00155) | | |
| 173 | DVD:  Hustler's Asian Fever, Vol. 8 (LFLYNT00157) | | |
| 174 | DVD:  Hustler's Asian Fever, Vol. 9 (LFLYNT00179) | | |
| 175 | DVD:  Hustler's Asian Fever, Vol. 10 (LFLYNT00177) | | |
| 176 | DVD:  Hustler's Asian Fever, Vol. 11 (LFLYNT00181) | | |
| 177 | DVD:  Hustler's Asian Fever, Vol. 12 (LFLYNT00183) | | |
| 178 | DVD:  Hustler's Asian Fever, Vol. 13 (LFLYNT00188) | | |
| 179 | DVD:  Hustler's Asian Fever, Vol. 14 (LFLYNT00190) | | |
| 180 | DVD:  Hustler's Asian Fever, Vol. 15 (LFLYNT00138) | | |
| 181 | DVD:  Hustler's Asian Fever, Vol. 16 (LFLYNT00173) | | |
| 182 | DVD:  Hustler Hardcore Vault, Vol. #1 (LFLYNT00064) | | |
| 183 | DVD:  Hustler Hardcore Vault, Vol. #2 (LFLYNT00066) | | |
| 184 | DVD:  Larry Flynt Presents Jail Babes, Vol. 4 (LFLYNT00018) | | |
| 185 | DVD:  Larry Flynt Presents Jail Babes, Vol. 6 | | |

| | | | |
|---|---|---|---|
| | (LFLYNT00016) | | |
| 186 | DVD:  Larry Flynt Presents Jail Babes, Vol. 10 (LFLYNT00014) | | |
| 187 | DVD:  Larry Flynt Presents Jail Babes, Vol. 12 (LFLYNT00012) | | |
| 188 | DVD:  VCA Latina Cum Queens (LFLYNT00159) | | |
| 189 | DVD:  VCA Latina Cum Queens, 2 (LFLYNT00175) | | |
| 190 | DVD:  VCA Latina Cum Queens, 3 (LFLYNT00171) | | |
| 191 | DVD:  Hustlers Aphrodisiac (LFLYNT00004) | | |
| 192 | DVD:  Larry Flynt Presents Tobey-Bryan's BackCourt Violation (LFLYNT00006) | | |
| 193 | DVD:  Larry Flynt Presents Porno Vision, Vol. 1 (LFLYNT00008) | | |
| 194 | DVD:  Larry Flynt Presents DJ Groupie (LFLYNT00010) | | |
| 195 | DVD:  Larry Flynt's Jessica Jaymes Revealed (LFLYNT00022) | | |
| 196 | DVD:  Larry Flynt Presents Porno Vision (LFLYNT00139) | | |
| 197 | DVD:  Larry Flynt Presents America XXX (LFLYNT00141) | | |
| 198 | DVD:  VCA Joanna's Angels (LFLYNT00143) | | |

| | | | |
|---|---|---|---|
| 199 | DVD: Larry Flynt Proudly Presents Immorality (LFLYNT00145) | | |
| 200 | DVD: Larry Flynt Proudly Presents Akiba Girls (LFLYNT00147) | | |
| 201 | DVD: VCA Butt Blassted Too! (LFLYNT00149) | | |
| 202 | DVD: VCA Black Crack Attack (LFLYNT00151) | | |
| 203 | DVD: VCA Anal Incorporated (LFLYNT00153) | | |
| 204 | DVD: VCA In the End Zone All Anal! (LFLYNT00151) | | |
| 205 | DVD: VCA Mason's Sluts (LFLYNT00163) | | |
| 206 | DVD: VCA Wet Detailed & Nailed (LFLYNT00165) | | |
| 207 | DVD: VCA Young Dumb & Covered In Cum (LFLYNT00167) | | |
| 208 | DVD: VCA Shag (LFLYNT00169) | | |
| 209 | DVD: Larry Flynt Proudly Presents Japan X Gage (LFYNT00185) | | |
| 210 | DVD: Larry Flynt Presents (LFLYNT00817) | | |
| 211 | cduniverse.com web page - Larry Flynt's Private Collection #7: Barely Legal Corrupted at Adult Video Universe (LFLYNT00075-LFLYNT00076) | | |
| 212 | Screen Capture – "In Like Flynt Next Chapter | | |

| | | | |
|---|---|---|---|
| | Begins Friday January 9" (LFLYNT00081) | | |
| 213 | Screen Capture – FlyntCorp.com (LFLYNT00082) | | |
| 214 | Flyntdistribution.com web page – FLYNTCORP Distribution DVD releases (LFLYNT00083-LFLYNT00085) | | |
| 215 | Letter to Dustin Flynt, Jimmy Flynt, II and Flynt Media Corp. from attorney John Hains dated December 23, 2008 (LFLYNT00103-LFLYNT00104) | | |
| 216 | cduniverse.com web page – Larry Flynt's Private Collection #9:  Barely Legal All Stars at Adult Video Universe (LFLYNT00112-LFLYNT00113) | | |
| 217 | cduniverse.com web page – Larry Flynt's Private Collection #5:  Hot Showers at Adult Video Universe (LFLYNT00116-LFLYNT00117) | | |
| 218 | United States Patent and Trademark Office (Reg. No. 3,285,198) Service Mark Principal Register Larry Flynt's Bar & Grill (LFLYNT00122) | | |
| 219 | United States Patent and Trademark Office (Reg. No. 3,006,902) Service Mark Principal Register Larry Flynt's Grand Slam of Poker (LFLYNT00123) | | |

| 220 | United States Patent and Trademark Office (Reg. No. 2,909,711) Service Mark Principal Register Larry Flynt's Poker Challenge Cup (LFLYNT00124) | | |
|---|---|---|---|
| 221 | GoDaddy.com WHOIS database (LFLYNT00125-LFLYNT00137) | | |
| 222 | Publication Articles (LFLYNT00192-LFLYNT00203) | | |
| 223 | Video Library (LFLYNT00204-LFLYNT00225 | | |
| 224 | Hustler's Holiday 2008; January 2009; February 2009; March 2009; April 2009; May 2009 Magazine Covers (LFLYNT00229-LFLYNT00247) | | |
| 225 | Hustler Club location information (LFLYNT00248) | | |
| 226 | hustlercash.com web page – Partner with Larry Flynt (LFLYNT00797-LFLYNT00798) | | |
| 227 | Hustlerclubs.com flyer - Larry Flynt's Hustler Club (LFLYNT00799) | | |
| 228 | Larry Flynt's Hustler Club web pages – Hustler Club Locations, Hustler Club Events and Hustler Club Reviews, etc. (LFLYNT00800 – LFLYNT00803) | | |
| 229 | Larry Flynt Brings You HUSTLERWORLD – The Sexiest Girls In The Hottest Adult | | |

| | | | |
|---|---|---|---|
| | Movies! (LFLYNT00804-LFLYNT00806) | | |
| 230 | Net Sales Data 1/1/1998 – 2/10/2009 (LFLYNT00813-LFLYNT00816) | | |
| 231 | The Best of the Best! Hustler; Barely Legal April 2009; Barely Legal March 2009; Barely Legal May 2009; Hustler Fantasies April 2009; Hustler Fantasies March 2009; Hustler Fantasies May 2009; Hustler Humor Vol. 30, No.3 Fall 2008; Hustler Humor Vol. 30, No. 2 Summer 2008; Hustler Humor Vol. 30, No. 4 Winter 2008; Hustler Taboo April 2009; Hustler's Taboo Illustrated; Hustler Taboo Illustrated; Hustler's Taboo Illustrated; Hustler's Taboo March 2009; Hustler's Taboo May 2009; Hustler's Backdoor Babes; Hustler's Best of Barely Legal All Bush; Hustler's Best of Barely Legal A-Cup Angels; Hustler's Exotic Women; Best of Barely Legal Latin Girls; Hustler's XXX Stars; Best of Hustler Dirty Blondes; (LFLYNT00819-LFLYNT00864) | | |
| 232 | Hustler Casino - Larry Flynt's Poker Tournament flyers (LFLYNT00865-LFLYNT00883) | | |
| 233 | Questionnaire – Subscriber Response 8/1/08; Questionnaire – Newsstand 8/11/08 | | |

| | | | |
|---|---|---|---|
| | (LFLYNT00884-LFLYNT00896) | | |
| 234 | Memo to Hustler File regarding Reader Survey 2008 (LFLYNT00899) | | |
| 235 | Customer Surveys – October 2008 (LFLYNT00900-LFLYNT00903) | | |
| 236 | Petition to Change Name form (LFLYNT01014-1017) | | |
| 237 | Fictitious Business Name Statement (LFLYNT01138-LFLYNT01143) | | |
| 238 | LFP Customer List (LFLYNT01145-LFLYNT01159) | | |
| 239 | Letter to Mr. Paul Fishbein from Michael Klein dated December 22, 2008 regarding Trademark Infringement (LFLYNT01160) | | |
| 240 | Comcast on Hustler (A-Z Hustler); Comcast (Barely Legal Jungle); Fios TV Hustler (Larry Flynt Picks) (LFLYNT01161-LFLYNT01163 | | |
| 241 | Email dated 6/5/2007 to Jimmy Flynt Sr. and Jimmy Flynt from Dustin Flynt regarding Larry Flynt's Private Collection project (LFLYNT001167-LFLYNT01169) | | |
| 242 | Email dated 4/17/2007 to Jenifer Robinson from Dustin Flynt (LFLYNT01170-LFLYNT01172) | | |
| 243 | AEBN Video on Demand web pages (LFLYNT01221-LFLYNT01234) | | |

| 244 | Hustler hardcore since 74 online DVD collection (LFLYNT01235) | | |
| 245 | Larry Flynt's Hustlerhollywood.com web page (LFLYNT01236) | | |
| 246 | Hustlervideo.com web page (LFLYNT01237) | | |
| 247 | Hustlervod.com web page (LFLYNT01238) | | |
| 248 | Gamelink.com web page (LFLYNT01239-LFLYNT01240) | | |
| 249 | Adultdvdempire.com web page (LFLYNT01241-LFLYNT01242) | | |
| 250 | Defendants' DVD Box Cover: "FLYNT–Lucky Too Thin Too Smooth Too Beautiful for Anal!" | | |
| 251 | Defendants' DVD Box Cover: "FLYNT – Beauty Beastly Desires" | | |
| 252 | Defendants' DVD Box Cover: "FLYNT – Sex the Elegant Way" | | |
| 253 | Defendants' DVD Box Cover:  "FLYNT – The Anal Files" | | |
| 254 | Defendants' DVD Box Cover:  "FLYNT – Xtreme Jugs No. 2" | | |
| 255 | Defendants' DVD Box Cover: "FLYNT – Positive Exposure" | | |
| 256 | Defendants' DVD Box Cover: "FLYNT – Sex at Your Service" | | |
| 257 | Defendants' DVD Box Cover:  "FLYNT – | | |

| | | | |
|---|---|---|---|
| | Giving It All Away In the Name of Love" | | |
| 258 | Defendants' DVD Box Cover:  "FLYNT – Waiting for Mr. Dick" | | |
| 259 | Defendants' DVD Box Cover:  "FLYNT – An Irresistible Urge to Share a Dick!" | | |
| 260 | Defendants' DVD Box Cover:  "FLYNT – Xtreme Jugs No.1" | | |
| 261 | DVD: *The People v. Larry Flynt* | | |
| 262 | Dr. Bruce Isaacson's Expert Report dated April 29, 2009 | | |
| 263 | Flash Internet Video:  In Like Flynt | | |
| 264 | T-shirts and Basketball shirts marked with Flynt name | | |
| 265 | Notice of Publication | | |
| 266 | Jimmy Flynt, II: Current identification documents | | |
| | | | |
| 300 | **America XXX** – LFP (Life-to-Date) spreadsheet as of January 31, 2009; Net Sales Data 1/1/1998 to 2/10/2009; **America XXX and Pornovision Box Set-DVD** – (Life-to-Date) spreadsheet as of January 31, 2009); Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Return Query 1/1/1999 to 2/10/2009 | | |

| 301 | **Asian Fever** – LFP (Life-to-Date) spreadsheet as of January 31, 2009; Net Sales Data 1/1/1999 to 2/10/2009 (LFLYNT01054); Unit Sales Query 1/1/1999 to 2/10/2009; Return Query 1/1/1999 to 2/10/2009 | | |
|---|---|---|---|
| 302 | **Aphrodisiac** – (Life-to-Date) spreadsheet as of January 31, 2009; Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Return Query | | |
| 303 | **Barely Legal:  All Stars** (Life-to-Date) spreadsheet as of January 31, 2009; Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Return Query 1/1/1999 to 2/10/2009 | | |
| 304 | **Hustler Generation**  - LFP (Life-to-Date) spreadsheet as of January 31, 2009 | | |
| 305 | **Hustler Hardcore Vault** – (Life-to-Date) spreadsheet as of January 31, 2009; Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Return Query 1/1/1999 to 2/10/2009 | | |
| 306 | **Jail Babes** – LFP (Life-to-Date) spreadsheet as of January 31, 2009; Net Sales Data 1/1/1998 to 2/10/2009; Unit Sales Query 1/1/1998 to 2/10/2009; Return Query 1/1/1998 to 2/10/2009 | | |

| 307 | **Japan X (Japanime)** - LFP (Life-to-Date) spreadsheet as of January 31, 2009; Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Return Query 1/1/1999 to 2/10/2009 | | |
|---|---|---|---|
| 308 | **Jessica Jaymes** - LFP (Life-to-Date) spreadsheet as of January 31, 2009; Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Return Query 1/1/1999 to 2/10/2009 | | |
| 309 | **Joanna's Angels** (VCA) - Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Return Query 1/1/1999 to 2/10/2009 | | |
| 310 | **Larry Angels** - LFP (Life-to-Date) spreadsheet as of January 31, 2009; Net Sales Data 1/1/1999 to 2/10/2009 ; Unit Sales Query 1/1/1999 to 2/10/2009; Return Query 1/1/1999 to 2/10/2009 | | |
| 311 | **Larry Flynt's Private Collection** - (Life-to-Date) spreadsheet as of January 31, 2009; Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Return Query 1/1/1999 to 2/10/2009 | | |
| 312 | **Shag (VCA)** – Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to | | |

| | | | |
|---|---|---|---|
| | 2/10/2009; Returns Query 1/1/1999 to 2/10/2009 | | |
| 313 | **Tobey Bryan's "Backcourt Violation"** - (Life-to-Date) spreadsheet as of January 31, 2009; Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Return Query 1/1/1999 to 2/10/2009 | | |
| 314 | **Wet, Detailed & Nailed (VCA)** - Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Returns Query 1/1/1999 to 2/10/2009 | | |
| 315 | **VEX - Anal Incorporated** - Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Returns Query 1/1/1999 to 2/10/2009 | | |
| 316 | **VEX – Black Crack Attack** - Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Returns Query 1/1/1999 to 2/10/2009 | | |
| 317 | **VEX – Butt Blasted Too!** - Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Returns Query 1/1/1999 to 2/10/2009 | | |
| 318 | **VEX – In The End Zone** - Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Returns Query | | |

| | | | |
|---|---|---|---|
| | 1/1/1999 to 2/10/2009 | | |
| 319 | **VEX – Latina Cum Queens** - Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Returns Query 1/1/1999 to 2/10/2009 | | |
| 320 | **VEX – Mason's Sluts** - Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Returns Query 1/1/1999 to 2/10/2009 | | |
| 321 | **VEX – Young, Dumb & Cover in Cum** - Net Sales Data 1/1/1999 to 2/10/2009; Unit Sales Query 1/1/1999 to 2/10/2009; Returns Query 1/1/1999 to 2/10/2009 | | |
| 400 | FMC00038-FMC00189   Trademark search results related to HUSTLER brand | | |
| 401 | FMC00193-FMC00871   Trademark search results for FLYNT (global) | | |
| 402 | FMC00872-FMC01016   Trademark search results for LARRY FLYNT | | |
| 403 | FMC01017-FMC01026   Covers of DVD's of 10 different FLYNT branded DVD's | | |
| 404 | FMC01027-FMC01029   Cover (front, inside, and back) of Xtreme Jugs No. 1 DVD | | |

| | | | |
|---|---|---|---|
| 405 | FMC01030-FMC01039   FMC Corporation Docs. (seller's permit, GSI company certificate, certificate of incorporation, etc.) | | |
| 406 | FMC01045-FMC01070   DVD Covers of 'Larry Flynt's Private Collection' | | |
| 407 | FMC01072  Certificate of Live Birth of Dustin Matthew Flynt | | |
| 408 | FMC01083  Jimmy Flynt Passport FMC01084  Jimmy Flynt Social Security card FMC01085  Jimmy Flynt Driver license Petition to Change Name for Jimmy Flynt II (1975) FLYNT1014-1017 | | |
| 409 | FMC01086-FMC01136   John Flynt Sr. documents | | |
| 410 | FMC01137-FMC01150   Production Services Agreement between Flynt Media Corp. and DDF productions FMC01151-FMC01188   Electronic License Agreement between Flynt Media Corp. and DDF productions | | |

| | | | |
|---|---|---|---|
| | FMC01189-FMC01192   Celebrity Appearance Agreement between  Flynt Media Corp. and Prive Vegas, LLC | | |
| 411 | FMC01193-FMC01198   E-mails re: Jimmy Flynt Sr. | | |
| 412 | Subscriber Info/Demographics/Consumer Surveys (884-903) – [may be duplicative of depo. Exhibits] | | |
| 413 [may not use these] | Defendants Request for Production of Documents to Defendant Larry C. Flynt (set one) [February 6, 2009] Defendants Request for Production of Documents to Defendant LFP Video Group, LLC (set one) [February 6, 2009] Defendants Request for Production of Documents to Defendant LFP IP, LLC (set one) [February 6, 2009]  LFP IP, LLCS Response to Defendants Request for Production of Documents, Set One  [March 6 2009] LFP Video Group, LLCS Response to Defendants Request for Production of Documents, Set One [March 6 2009] | | |

| | | |
|---|---|---|
| Larry C. Flynts Response to Defendants Request for Production of Documents, Set One [March 6 2009] | | |
| Defendants Request for Production of Documents to Defendant Larry C. Flynt (set two) [February 18, 2009] | | |
| Defendants Request for Production of Documents to Defendant LFP Video Group, LLC (set two) [February 18, 2009] | | |
| Defendants Request for Production of Documents to Defendant LFP IP, LLC (set two) [February 18, 2009] | | |
| LFP Video Group, LLCs Response to Defendants request For Production of Documents, Set Two [March 16, 2009] | | |
| Larry C. Flynts Response to Defendants Request for Production of Documents, Set Two [March 16, 2009] | | |
| LFP IP, LLCs Response to Defendants Request for Production of Documents, Set Two [March 16, 2009] | | |
| Defendants First set of Specially Prepared | | |

Interrogatories to Defendant LFP Video Group, LLC [February 20, 2009]

Defendants First set of Specially Prepared Interrogatories to Defendant Larry C. Flynt [February 20, 2009]

Defendants First set of Specially Prepared Interrogatories to Defendant to LFP IP, LLC [February 20, 2009]

LFP IP, LLCs Response to Defendants First Set of Specially Prepared Interrogatories [March 17, 2009]

Larry C. Flynts Response to Defendants First Set of Specially Prepared Interrogatories [March 17, 2009]

LFP IP, LLCs Response to Defendants First Set of Specially Prepared Interrogatories [March 17, 2009]

Defendants First set of Requests for Admissions to Defendant LFP Video Group, LLC [February 20, 2009]

Defendants First First set of Requests for Admissions to Defendant Larry C. Flynt

[February 20, 2009]

Defendants First set of Requests for

Admissions to Defendant to LFP IP, LLC

[February 20, 2009]

LFP IP, LLCs Response to Defendants First

Set of Requests for Admissions [March 17,

2009]

Larry C. Flynts Response to Defendants First

Set of Requests for Admissions [March 17,

2009]

LFP IP, LLCs Response to Defendants First

Set of Requests for Admissions [March 17,

2009]

Defendants Request for Production of

Documents to Defendant Larry C. Flynt (set

three) [March 23, 2009]

Defendants Request for Production of

Documents to Defendant LFP Video Group,

LLC (set three) [March 23, 2009]

Defendants Request for Production of

Documents to Defendant LFP IP, LLC (set

three) [March 23, 2009]

LFP IP. LLCS Response to Defendants

| | | | |
|---|---|---|---|
| | Request for Production of Documents, Set Three [April 17, 2009] LFP Video Group LLCS Response to Defendants Request for Production of Documents, Set Three [April 17, 2009] Larry C. Flynts Response to Defendants Request for Production of Documents, Set Three [April 17, 2009] | | |
| 414 | 6 Photos of inside of Hustler stores | | |

DATED: December 8, 2009          LIPSITZ GREEN SCIME CAMBRIA LLP


By: /s/
          Jonathan W. Brown
          Attorneys for Plaintiffs