JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY C. FLYNT, LFP VIDEO GROUP, LLC, and LFP IP, LLC,**<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>**FLYNT MEDIA CORPORATION,** a Delaware Corporation; **JIMMY FLYNT, II; DUSTIN FLYNT;** and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:09-cv-00048-AHM-RZx<br><br>**JUDGMENT ON JURY VERDICT** |

　　This action came on for trial before the Court and a jury, Honorable A. Howard Matz, United States District Court Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

　　IT IS ORDERED, ADJUDGED AND DECREED:

1

Judgment is hereby entered under the terms of the Special Verdict Form, which is attached hereto and incorporated herein by reference.

Neither side shall be deemed the prevailing party.

The Order of Permanent Injunction is being filed separately.

Dated: _December 28, 2009_

_____
A. HOWARD MATZ
U.S. DISTRICT COURT JUDGE

FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY C. FLYNT, LFP VIDEO GROUP, LLC, and LFP IP, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FLYNT MEDIA CORPORATION, et al.,<br><br>　　　　　Defendants. | CASE NO. CV 09-48 AHM (RZx)<br>REDACTED<br>SPECIAL VERDICT FORM |

**SECTION 1:**　　**FEDERAL INFRINGEMENT OF AN UNREGISTERED TRADEMARK (Jury Instructions No. 3A-3G)**

On the claim of Plaintiffs Larry Flynt, LFP Video Group, LLC and LFP IP, LLC against Defendants Flynt Media Corporation, Jimmy Flynt, II and Dustin Flynt for trademark infringement, we the jury make the following findings:

///

///

1.    Did Plaintiffs prove by a preponderance of the evidence that LARRY FLYNT is a trademark?

                Yes  X   No ____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions in this Section 1, and proceed to Section 2.

2.    Did Plaintiffs prove by a preponderance of the evidence that Plaintiffs own the term LARRY FLYNT as a trademark?

                Yes  X   No ____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions in this Section 1, and proceed to Section 2.

3.    Did Plaintiffs prove by a preponderance of the evidence that Defendants used a mark similar to the LARRY FLYNT mark without the consent of Plaintiffs and in a manner that it is likely to cause confusion among ordinary purchasers as to the source of the goods?

(a) As to Defendant FLYNT Media Corporation:   Yes  X   No ____

(b) As to Defendant Jimmy Flynt, II:   Yes  X   No ____

(c) As to Defendant Dustin Flynt:   Yes  X   No ____

1
2                    **Please proceed to Section 2**
3
4  **SECTION 2: FALSE ENDORSEMENT (Jury Instruction No. 4)**
5
6          On the claim of Plaintiffs Larry Flynt, LFP Video Group, LLC and LFP IP,
7  LLC against Defendants Flynt Media Corporation, Jimmy Flynt, II and Dustin
8  Flynt for false endorsement under the Lanham Act, we the jury make the
9  following findings:
10
11     1.    Did Plaintiffs prove by a preponderance of the evidence that by
12 using the name FLYNT, Defendants used Plaintiff Larry Flynt's name, persona or
13 likeness in a manner that is likely to cause confusion or to deceive consumers as
14 to whether Larry Flynt has an affiliation, connection, or association with
15 Defendants' goods, services, or commercial activity?
16
17     (a) As to Defendant FLYNT Media Corporation:   Yes __X__   No ____
18
19     (b) As to Defendant Jimmy Flynt, II:           Yes __X__   No ____
20
21     (c) As to Defendant Dustin Flynt:              Yes __X__   No ____
22
23
24                    **Please proceed to Section 3**
25
26 **SECTION 3: CALIFORNIA STATUTORY RIGHT OF PUBLICITY**
27              **(Jury Instruction No. 5)**
28

                                    3

On the claim of Plaintiff Larry Flynt against Defendants Flynt Media Corporation, Jimmy Flynt, II and Dustin Flynt for violating Larry Flynt's statutory right of publicity, we the jury make the following findings:

Did Larry Flynt prove by a preponderance of the evidence that the Defendants violated his right of publicity?

(a) As to Defendant FLYNT Media Corporation:    Yes ____    No  X

(b) As to Defendant Jimmy Flynt, II:    Yes ____    No  X

(c) As to Defendant Dustin Flynt:    Yes ____    No  X

**Please proceed to Section 4**

## SECTION 4: WRONGFUL APPROPRIATION OF NAME/LIKENESS UNDER CALIFORNIA LAW (Jury Instruction No. 6)

On the claim of Plaintiff Larry Flynt against Defendants Flynt Media Corporation, Jimmy Flynt, II and Dustin Flynt for wrongfully appropriating his name or likeness, did Plaintiff Larry Flynt prove by a preponderance of the evidence that Defendants wrongfully appropriated his name or likeness?

(a) As to Defendant FLYNT Media Corporation:    Yes ____    No  X

(b) As to Defendant Jimmy Flynt, II:    Yes ____    No  X

(c)  As to Defendant Dustin Flynt:                    Yes ____   No  X

When you have completed the Sections 1-4, please sign and date this form and return it to the bailiff.

Signed: ( REDACTED
         Presiding Juror

Dated: 12/11/2009