# EXHIBIT A

| # | Domain | # | Domain |
|---|---|---|---|
| 1 | FLYNTAMERICA.COM | 51 | FLYNTPHONE.COM |
| 2 | FLYNTANAL.COM | 52 | FLYNTPOD.COM |
| 3 | FLYNTBANK.BIZ | 53 | FLYNTPOKER.COM |
| 4 | FLYNTBANK.COM | 54 | FLYNTPOST.COM |
| 5 | FLYNTBANK.NET | 55 | FLYNTREPORT.COM |
| 6 | FLYNTBANK.US | 56 | FLYNTROMANCE.COM |
| 7 | FLYNTBLOG.COM | 57 | FLYNTSPACE.COM |
| 8 | FLYNTBRANCH.COM | 58 | FLYNTSTORE.COM |
| 9 | FLYNTBROADCAST.COM | 59 | FLYNTSTREAM.COM |
| 10 | FLYNTBROTHERS.COM | 60 | FLYNTTALENT.COM |
| 11 | FLYNTCASH.COM | 61 | FLYNTTITS.COM |
| 12 | FLYNTCASINO.COM | 62 | FLYNTTV.COM |
| 13 | FLYNTCLOTHING.COM | 63 | FLYNTVOD.COM |
| 14 | FLYNTCLUB.COM | 64 | FLYNTWORKS.COM |
| 15 | FLYNTCONTENT.COM | 65 | FLYNTWORX.COM |
| 16 | FLYNTCORP.COM | 66 | FLYNTXPRESS.COM |
| 17 | FLYNTDATE.COM | 67 | FLYNTXXX.COM |
| 18 | FLYNTDISTRIBUTING.COM | 68 | IFLYNT.COM |
| 19 | FLYNTDISTRIBUTION.COM | 69 | IFLYNT.MOBI |
| 20 | FLYNTEROTIC.COM | 70 | IFLYNT.NET |
| 21 | FLYNTEXPRESS.COM | 71 | IFLYNT.TV |
| 22 | FLYNTFREE.COM | 72 | THEFLYNTNATIONSTORE.COM |
| 23 | FLYNTFREEDOM.COM | | |
| 24 | FLYNTFRIEND.COM | | |
| 25 | FLYNTGAMES.COM | | |
| 26 | FLYNTGAMING.COM | | |
| 27 | FLYNTGENERATION.COM | | |
| 28 | FLYNTGIRL.COM | | |
| 29 | FLYNTGLOBAL.COM | | |
| 30 | FLYNTHD.COM | | |
| 31 | FLYNTHONEY.COM | | |
| 32 | FLYNTINTERACTIVE.COM | | |
| 33 | FLYNTINTERNET.COM | | |
| 34 | FLYNTJOURNAL.COM | | |
| 35 | FLYNTLINGERIE.COM | | |
| 36 | FLYNTLIVE.COM | | |
| 37 | FLYNTMATE.COM | | |
| 38 | FLYNTMEDIA.COM | | |
| 39 | FLYNTMILF.COM | | |
| 40 | FLYNTNATION.CN | | |
| 41 | FLYNTNATION.CO.UK | | |
| 42 | FLYNTNATION.COM | | |
| 43 | FLYNTNATION.DE | | |
| 44 | FLYNTNATION.MOBI | | |
| 45 | FLYNTNATION.NET | | |
| 46 | FLYNTNATION.NL | | |
| 47 | FLYNTNATION.ORG | | |
| 48 | FLYNTNATION.US | | |
| 49 | FLYNTNATIONSTOREONLINE.COM | | |
| 50 | FLYNTNEWS.COM | | |