O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-00048-AHM(RZx) | Date | February 8, 2010 |
|---|---|---|---|
| Title | LARRY C. FLYNT v. FLYNT MEDIA CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark Hoffman | Mina I. Hamilton |
| Richard W. Labowe | Daniel C. DeCarlo |

**Proceedings:** DEFENDANTS' MOTION to Alter Judgment re Permanent Injunction [139] (non-evidentiary)

Court circulates tentative order and hears oral argument. For reasons stated on the record, the Court grants in part and denies in part defendant's motion to alter the judgment. Order to follow.

|  | : | 19 |
|---|---|---|
| Initials of Preparer | | SMO |