1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY C. FLYNT, LFP VIDEO GROUP, LLC, and LFP IP, LLC, <br><br>Plaintiffs,<br><br>v.<br><br>FLYNT MEDIA CORPORATION, JIMMY FLYNT, II, DUSTIN FLYNT, and DOES 1 through 10 inclusive,<br><br>Defendants.<br>_____ | CASE NO. CV 09-0048 AHM (RZx)<br><br>MODIFIED ORDER OF PERMANENT INJUNCTION |

Based on the unanimous verdict of the jury announced and received by this Court on December 11, 2009, following this Court's Jury Instructions in this matter, it has been determined that:

A. Plaintiffs Larry C. Flynt, LFP Video Group, LLC and LFP IP, LLC ("Plaintiffs") own valid and protectable rights in the LARRY FLYNT trademark.

B. Defendants Flynt Media Corporation, a Delaware Corporation, Jimmy Flynt, II, and Dustin Flynt ("Defendants") infringed the LARRY FLYNT trademark by using a mark similar to the LARRY FLYNT mark without consent of the Plaintiffs and in a manner that is likely to cause confusion among ordinary

purchasers as to the source of the goods, in violation of the Lanham Act.

C. Defendants used Plaintiff Larry Flynt's name, persona or likeness in a manner that is likely to cause confusion or to deceive consumers as to whether Larry Flynt has an affiliation, connection, or association with Defendants' goods, services or commercial activity, in violation of the Lanham Act.

## PERMANENT INJUNCTION

Now, therefore, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Effective as of the date of this Order, Defendants and their officers, agents, servants, employees, attorneys, successors, assigns, and those persons and entities in active concert or privity with any of them, are hereby PERMANENTLY RESTRAINED AND ENJOINED from:

    (a) Making any sale, offering for sale, distributing, promoting or advertising any adult motion picture, video or DVD, as well as other adult-themed goods and services, which contains the term "FLYNT" in any typographical format and phrase, including but not limited to "Flynt Media Corporation" and "FlyntCorp Distribution."

    (b) Promoting such goods and services on Internet websites.

    (c) Passing off such goods and services as those of Larry Flynt, the other Plaintiffs, or their affiliated companies.

2. The provisions set forth above do not prohibit Defendants from advertising, selling, marketing, promoting or distributing adult-themed goods and services that specifically contain the individual Defendants' full and actual names (*i.e.*, "Jimmy Flynt, II and Dustin Flynt") so long as:

    (a) The font size, font color, font style and background color for the first names "Jimmy" and/or "Dustin" are at least the same font size, font color, font style and on the same background color as the name "Flynt"; and

2

  (b) The product, service, advertisement or promotional material also contains, in conspicuous bold and all capitalized letters a conspicuous disclaimer that states "This [video/website (or other relevant term)] is not sponsored, endorsed by or affiliated with Larry Flynt or Hustler, or any business enterprise owned or controlled by Larry Flynt." This provision shall expire on December 31, 2012 unless by not later than six weeks before it expires Plaintiffs move to have it extended and establish good cause for doing so.

  3. Defendants are prohibited from using, in bad faith and with the intent to profit, any internet domain name that contains the term "FLYNT," unless the domain name also contains the first name of one or both of the individual Defendants. This provision applies only to use in connection with the sale, distribution, promotion or advertising of any adult-themed goods or services.

  4. Defendants shall immediately take any and all measures necessary to cease production, manufacture, design or planning of any product or service which does not conform with the foregoing paragraphs.

  5. This Order is binding upon and shall inure to the benefit of the parties and their affiliates, predecessors, successors, assigns, licensees, manufacturers, heirs and personal representatives and distributors and their respective employees, attorneys, and agents, or any committee or other arrangement of creditors organized with the respect to the affairs of any such party.

  6. This Court shall retain jurisdiction over this action and the parties to enforce any violation of the terms of this Modified Order of Permanent Injunction.

///
///
///

1  ///

2      7.  The Preliminary Injunction bonds previously posted by Plaintiffs in this
3  Action shall be released and exonerated as of the date that this Order is issued.

6  DATE: February 8, 2010

_____

A. Howard Matz
United States District Judge

10  cc: **Fiscal**

4